# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYTODYN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 21-01139-MN |
| PAUL A. ROSENBAUM, JEFFREY P. BEATY, ARTHUR L. WILMES, THOMAS J. ERRICO, BRUCE PATTERSON, PETER STAATS, MELISSA YEAGER, and CCTV PROXY GROUP, LLC, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, on May 24, 2021, a Schedule 13D relating to a group of CytoDyn Inc. ("Plaintiff") stockholders was filed with the U.S. Securities and Exchange Commission ("SEC") (the "Schedule 13D");

WHEREAS, the Schedule 13D was amended on June 8 and July 2, 2021;

WHEREAS, on July 20, 2021, Defendants filed a preliminary proxy statement with the SEC;

WHEREAS on August 5, 2021, Plaintiff filed this action alleging that Defendants violated the federal securities laws and the rules of the SEC promulgated thereunder;

WHEREAS on August 5, 2021, Plaintiff also filed a Motion for Expedited Discovery and Expedited Proceedings;

WHEREAS on August 12, 2021, Defendants filed a supplemental preliminary proxy statement;

WHEREAS on August 13, 2021, Defendants filed a motion to dismiss arguing that the Complaint was moot (the "Motion") and an opposition to Plaintiff's Motion for Expedited Discovery and Expedited Proceedings'

WHEREAS on August 18, 2021, Defendants filed their definitive preliminary proxy statement;

WHEREAS on August 18, 2021, Plaintiff filed an opposition to the Motion;

WHEREAS on August 24, 2021, the Court granted Plaintiff's Motion for Expedited Discovery;

WHEREAS on August 25, 2021, Defendants filed a reply brief in support of the Motion;

WHEREAS on September 17, 2021, Defendants filed a revised definitive proxy statement and an exit amendment to the Schedule 13D;

WHEREAS, the Parties deny, and each of them denies, any and all allegations, claims, actual or threatened, and deny the existence of any wrongdoing or liability related thereto; and

WHEREAS, the Parties desire to resolve their disputes, and, without any admission of wrongdoing or the merits of the Complaint or the Motion, the Parties have determined and agreed to compromise, settle and resolve any and all claims in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the approval and order of the Court, that the above-captioned action is dismissed without prejudice, each party to bear its own fees and costs. Nothing in this stipulation shall be deemed an admission by any party regarding the factual or legal allegations in the above-captioned action and the parties preserve all rights, including as to their related, ongoing litigation in the Delaware Court of Chancery.

| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Jonathan A. Choa*<br>    Kevin R. Shannon (#3137)<br>    Jonathan A. Choa (#5319)<br>    Christopher N. Kelly (#5717)<br>    1313 N. Market Street, 6th Floor<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    kshannon@potteranderson.com<br>    jchoa@potteranderson.com<br>    ckelly@potteranderson.com | By: */s/ Lisa Zwally Brown*<br>    Lisa Zwally Brown (#4328)<br>    The Nemours Building<br>    1007 North Orange Street, Suite 1200<br>    Wilmington, DE 19801<br>    (302) 661-7394<br>    brownli@gtlaw.com |
| OF COUNSEL: | OF COUNSEL: |
| Andrew W. Stern<br>Isaac S. Greaney<br>Alex J. Kaplan<br>Charlotte K. Newell (#5853)<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019 | Hal S. Shaftel<br>GREENBERG TRAURIG, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br><br>Drew G.L. Chapman<br>John P. Johnston<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| *Attorneys for Plaintiff*<br>*CytoDyn Inc.* | *Attorneys for Defendants* |

Dated: September 17, 2021

SO ORDERED this 20th day of September 2021.

_____
The Honorable Maryellen Noreika
United States District Judge